IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:15CR3119 |
| vs. | |
| BRANDON HOLDER, | **ORDER** |
| Defendant. | |

Defendant has moved for an order requiring Pretrial Services to investigate options for his release. Defendant has a significant record of assaultive behavior and domestic violence, failed to comply with state probationary supervision, and was allegedly involved in criminal drug activity while on probation. Under such circumstances, the court finds Defendant's release to treatment would pose a risk of harm to the public and a risk of flight.

Accordingly,

IT IS ORDERED that Defendant's motion, (Filing No. 18), is denied without a hearing.

December 31, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge